UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

## JS-6

| Case No. | CV 14-3443 DSF (JEMx) | Date | 5/14/14 |
|---|---|---|---|
| Title | Foster Taft v. American University of the Caribbean, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      (In Chambers) Order REMANDING Case to State Court

   "Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case."  Seedman v. United States Dist. Court for Cent. Dist. of Cal., 837 F.2d 413, 414 (9th Cir.1988).  "[A] second removal petition based on the same grounds does not 'reinvest' the court's jurisdiction."  Id.  A second removal is only permissible when it is made on new grounds or evidence arising from subsequent pleadings or events. See Peabody v. Maud Van Cortland Hill Schroll Trust, 892 F.2d 772, 776 (9th Cir. 1989).

   This case was previously remanded on May 2, 2014.  From the notice of removal, it is apparent that there are no grounds for the second removal that were not present at the time of the first removal.  The case is REMANDED to the Superior Court of California, County of Ventura.

   IT IS SO ORDERED.